# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

JAMES DAVIS,

    *Petitioner*,

vs.

DWIGHT NEVEN, *et al.*,

    *Respondents.*

2:10-cv-01365-RLH-LRL

ORDER

IT IS ORDERED, out of an abundance of caution, that petitioner's motion (#8) to raise his prison copy credit limit is GRANTED to the limited extent that the Nevada Department of Corrections shall increase petitioner's copy credit limit by ten dollars ($10.00) over and above any increase provided for by any other court order.

The Clerk further shall send a copy of this order to the attention of the **Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.**

DATED:   April 13, 2011.

_____
ROGER L. HUNT
Chief United States District Judge